# United States Court of Appeals
## for the Fifth Circuit

———————————

No. 20-20068

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

August 28, 2020

Lyle W. Cayce
Clerk

DONALD CALHOUN,

*Plaintiff—Appellee*,

*versus*

JACK DOHENY COMPANIES, INCORPORATED,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-3171

———————————————————————

Before JOLLY, GRAVES, and DUNCAN, *Circuit Judges*.

PER CURIAM:

The opinion in this case issued on August 7, 2020 (*Calhoun v. Jack Doheny Companies, Inc.*, No. 20-20068, 2020 WL 4557641 (5th Cir. Aug. 7, 2020)). Unbeknownst to this court, the parties had settled the case earlier and notified only the district court of the settlement. This case is moot, and it was moot at the time we issued our opinion.

The opinion of August 7, 2020 is WITHDRAWN, and this appeal is DISMISSED WITH PREJUDICE as moot.